AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| MICHELLE O., *Plaintiff* <br> v. <br> ANDREW M. SAUL, <br> COMMISSIONER OF SOCIAL SECURITY, <br> *Defendant* | ) ) ) ) ) ) <br> Civil Action No. 4:20-CV-5191-JTR |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 21, 2021

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The parties' Stipulated Motion for Remand, ECF No. 15, is GRANTED. The above-captioned case is REVERSED and REMANDED to the Commissioner of Social Security for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).
Plaintiff's Motion for Summary Judgment, ECF No. 14, is STRICKEN AS MOOT.
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge JOHN T. RODGERS on a motion for remand.

Date: 5/21/2021

CLERK OF COURT

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*
Tonia Ramirez